# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| FEDERAL REALTY INVESTMENT TRUST, F/K/A FEDERAL REALTY OP, L.P., | : | No. 331 EAL 2023 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| RAO 8, INC., RADHA M. RAO AND MITAL RAO, | : | |
| | : | |
| Petitioners | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 12th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.